UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP J. GIORDANO,

                Plaintiff,

-against-

NB EDUCATION, LLC,

                Defendant.

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

Civil Action No.
08 Civ. 5078 (LAK)

WHEREAS the defendant NB Education, LLC has not filed an answer or a motion for summary judgment herein;

Plaintiff Philip J. Giordano, by his attorneys Vedder Price P.C., hereby voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) F.R.Civ. P.

Dated: New York, New York
       June 11, 2008

VEDDER PRICE P.C.

By: _____
Michael G. Davies (MD-6045)
1633 Broadway
47th Floor
New York, New York 10019
(212) 407-7700

Attorneys for Plaintiff
PHILIP J. GIORDANO

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

NEWYORK/#196809.1